# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3770
_____

RINA GENISE COUPERTHWAITE,
n/k/a RINA GENISE POLLOCK,
Former Wife,

     Appellant,

     v.

DAVID W. COUPERTHWAITE,
Former Husband,

     Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
Marci L. Goodman, Judge.

May 6, 2019

PER CURIAM.

Appellant challenges the final order denying her petition to relocate with the minor child, pursuant to section 61.13001, Florida Statutes (2017). The portion of the trial court's order modifying the timesharing schedule, as made necessary by Appellant's permanent relocation to another state, is not appealed. To the extent the issues were preserved for appellate review, we find that the trial court applied the correct law and Appellant fails to demonstrate an abuse of the trial court's discretion. The order denying petition to relocate with minor child but modifying the timesharing schedule is thus AFFIRMED. *See Ness v. Martinez*, 249

So. 3d 754, 758 (Fla. 1st DCA 2018); *Rossman v. Profera*, 67 So. 3d 363, 367 (Fla. 4th DCA 2011).

MAKAR, OSTERHAUS, and BILBREY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Bradley G. Johnson, Milton, for Appellant.

J. Rod Cameron, Pace, for Appellee.